IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CHAD E. GUESS**                                                  **PLAINTIFF**
**ADC #122028**

v.                               Case No. 5:19-cv-00292-KGB

**CHARLES RATCLIFF and ARCHIE YELVERTON,**         **DEFENDANTS**
Construction Supervisors, Pine Bluff Unit

## **JUDGMENT**

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Chad E. Guess's complaint is dismissed without prejudice. The relief requested is denied.

So adjudged this the 26th day of March, 2020.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge